In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Sole Surviving Successor Trustee, and HAROLD F. LE BARON et al., as Executors of MAUDE LE BARON, Deceased Trustee, under the Will of ALFRED H. SMITH, Deceased. ANNE C. E. S. WATEROUS, Appellant; LEONARD P. LEVY et al., Respondents.

Submitted January 5, 1953; decided January 21, 1953.

*Jonas J. Shapiro* and *Edmund W. Bokat* for motion.
*Sperry Butler* opposed.

Motion denied, with $10 costs.